April 15, 1903, modifying and affirming as modified a judgment in favor of plaintiff entered upon a verdict.

*James I. Curtis* and *T. F. Bush* for appellant.

*John F. Anderson* and *Frank S. Anderson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.

---

JULIA MINERVA ROGERS et al., Respondents, *v.* JOHN H. SMITH et al., Appellants, Impleaded with Others.

JOHN H. DERBY et al., Respondents.

*Rogers* v. *Smith,* 75 App. Div. 141, affirmed.
(Argued February 10, 1904; decided March 1, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 12, 1902, affirming an interlocutory judgment of Special Term directing the sale of certain real estate to pay legacies.

*J. Sanford Potter*, *B. G. Higley* and *Charles R. Paris* for appellants.

*Archibald S. Derby* and *Grenville M. Ingalsbe* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.

---

HANNAH F. BENJAMIN et al., Respondents, *v.* THE PALATINE INSURANCE COMPANY, LIMITED, OF LONDON, ENGLAND, Appellant, and JOHN M. DIVEN, Respondent.

*Benjamin* v. *Palatine Ins. Co.,* 80 App. Div. 260, affirmed.
(Argued February 10, 1904; decided March 1, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered

February 25, 1903, affirming a judgment in favor of plaintiffs and defendant, respondent, entered upon a verdict directed by the court.

*John Notman* for appellant.

*William B. Ellison* and *Arnold L Davis* for plaintiffs, respondents.

*William W. Dewhurst* for defendant, respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.

---

HANNAH F. BENJAMIN et al., Respondents, *v.* THE AMERICAN FIRE INSURANCE COMPANY OF PHILADELPHIA, Appellant, and JOHN M. DIVEN, Respondent.

*Benjamin* v. *American Fire Ins. Co.*, 80 App. Div. 631, affirmed.
(Argued February 10, 1904; decided March 1, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 25, 1903, affirming a judgment in favor of plaintiffs and defendant, respondent, entered upon a verdict directed by the court.

*Michael H. Cardozo* for appellant.

*William B. Ellison* and *Arnold L. Davis* for plaintiffs, respondents.

*William W. Dewhurst* for defendant, respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, MARTIN, VANN and CULLEN, JJ.